

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. CHAYSE ANTHONY BEARD, *Defendant*. | SEALED<br>Case No. 24 CR 155 RAW |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**POSSESSION OF AN UNREGISTERED FIREARM**
**[26 U.S.C. §§ 5845, 5861(d), & 5871]**

On or about July 17, 2024, in the Eastern District of Oklahoma, the defendant, **CHAYSE ANTHONY BEARD**, did knowingly possess the following firearms, to-wit:

- one (1) Remington, model SPR100, 20ga, SN: 04094467R, with a barrel of less than 18 inches in length; and

- one (1) Aero Precision, model X15, 300 Blackout caliber, SN: X573511, with a barrel of less than 16 inches in length and an overall length less than 26 inches,

which were not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5845, 5861(d), and 5871.

## FORFEITURE ALLEGATION
**[26 U.S.C. § 5872 & 28 U.S.C. § 2461(c)]**

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

Upon conviction of the violation charged in Count One of this Indictment involving violations of Title 26, United States Code, Sections 5845, 5861(d), and 5871 the defendant, **CHAYSE ANTHONY BEARD**, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to:

- one (1) Remington, model SPR100, 20ga, SN: 04094467R, with a barrel of less than 18 inches in length; and

- one (1) Aero Precision, model X15, 300 Blackout caliber, SN: X573511, with a barrel of less than 16 inches in length.

CHRISTOPHER J. WILSON
United States Attorney

*/s/ Joshua Satter*
JOSHUA SATTER, NYBA #5477112
Assistant United States Attorney

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY